IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02718-BNB

JOE THRUTCHLEY,

    Plaintiff,

v.

WELD COUNTY PROBATION DEPARTMENT,
JEFF VALERIO,
KRISTY NOVOTNY,
DIONNE DARNELL,
ADAM BOTTERILL,
DEANNA NAGEL, and
KEVIN NELAN,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 13 2011

GREGORY C. LANGHAM
                CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.1C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED January 13, 2011, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02718-BNB

Joe Thrutchley
21737 Weld County Rd. 49
LaSalle, CO 80645

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on January 13, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk