**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | |
|---|---|
| **Civil Action No.** 10-cv-02718-LTB-KMT | FTR - Courtroom C-201 |
| **Date:** June 15, 2011 | Deputy Clerk, Nick Richards |
| JOE THRUTCHLEY, | No appearance |
| Plaintiff, | |
| v. | |
| WELD COUNTY PROBATION DEPARTMENT, JEFF VALERIO, KRISTY NOVOTNY, DIONNE DARNELL, ADAM BOTTERILL, DEANNA NAGEL, and KEVIN NELAN, | Douglas J. Cox |
| Defendants. | |

**COURTROOM MINUTES / MINUTE ORDER**

**SCHEDULING CONFERENCE**
**Court in Session: 9:12 a.m.**
Court calls the case. Appearances of counsel.  The Court notes a lack of appearance for the Pro Se plaintiff, Mr. Thrutchley.

**ORDERED**: The Court will consider Plaintiff's Letter and Motion for Summary Judgment [Doc. No. 23, filed June 13, 2011] as a Motion to Stay.  On those grounds, the motion [23] is **DENIED**.  A Scheduling Conference was not held and a Scheduling Order will not be entered. The Court will issue an Order to Show Cause.  Any scheduling in this case will be held in abeyance pending the Court's Order to Show Cause and the plaintiff's response, if any.

**Court in recess: 9:15 a.m.**
Total In-Court Time:   00:03        Hearing concluded.

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.