**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-02718-LTB-KMT

JOE THRUTCHLEY,

        Plaintiff,

v.

WELD COUNTY PROBATION DEPARTMENT,
JEFF VALERIO,
KRISTY NOVOTNY,
DIONNE DARNELL,
ADAM BOTTERILL,
DEANNA NAGEL, and
KEVIN NELAN,

        Defendants.

---

**ORDER**

---

This case is before me on the recommendation of the Magistrate Judge issued and served on July 5, 2011 (Doc 27).  Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review.  Accordingly, it is

ORDERED that the recommendation is accepted and the Complaint is DISMISSED WITH PREJUDICE for failure to prosecute.

IT IS FURTHER ORDERED that Defendants' Motion to Dismiss (Doc 12) is DENIED AS MOOT.

BY THE COURT:

        s/Lewis T. Babcock
        Lewis T. Babcock, Judge

DATED:   July 20, 2011